# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BROOKE MCINTIRE, | ) |
| Plaintiff, | ) |
| | ) Civil Action No.1:17-cv-00079 |
| v. | ) |
| | ) Judge Barbara Rothstein |
| OS RESTAURANT SERVICES, LLC d/b/a | ) |
| OUTBACK STEAKHOUSE, | ) Electronically Filed |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their undersigned counsel, hereby dismiss this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, each party shall bear their own attorneys' fees and costs unless otherwise agreed by the parties in writing.

Dated this 7th day of February 2018.

s/ Robert Bracken
Robert A. Bracken
Pennsylvania Bar No. 206095
Bracken Law Firm, LLC
BNY Mellon Center
500 Grant St., Suite 2900
Pittsburgh, PA 15219
Tel: (412) 278 - 7402
Fax: (412) 533 - 7030
Email: rab@thebrackenlawfirm.com
Attorney for the Plaintiff

/s/ Kevin Johnson
Kevin D. Johnson
Florida Bar No. 0013749
Johnson Jackson LLC
100 N. Tampa St., Suite 2310
Tampa, Florida 33602
Tel: (813) 580 - 8400
Fax: (813) 580 - 8407
Email: kjohnson@johnsonjackson.com
Attorney for the Defendant

/s/ Jaime Tuite
Jaime S. Tuite
Pennsylvania Bar No. 87566
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant St., 20th Floor

Pittsburgh, PA 15219<br>
Tel: (412) 562 - 8419<br>
Fax: (412) 562 – 1041<br>
Email: jaime.tuite@bipc.com<br>
Attorney for the Defendant